**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 05-1307

_____

EDWARD E. STROUPE, JR.,

Plaintiff - Appellant,

versus

RADIO SHACK; TANDY CORPORATION; TRANSPORTATION
INSURANCE COMPANY,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Abingdon.   Glen M. Williams, Senior
District Judge. (CA-05-13-1)

_____

Submitted:  June 9, 2005               Decided:  June 14, 2005

_____

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward E. Stroupe, Jr., Appellant Pro Se. Cameron Scott Bell, PENN,
STUART & ESKRIDGE, Abingdon, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward E. Stroupe, Jr., appeals the district court's order denying relief on his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Stroupe v. Radio Shack, No. CA-05-13-1 (W.D. Va. Mar. 2, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED